```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    ELLYN MARCUS LINDSAY (Cal. Bar No. 116847)
 4  Assistant United States Attorney
    Major Frauds Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2041
 7       Facsimile:  (213) 894-6269
         E-mail: Ellyn.Lindsay@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CV 08-2335-JFW |
| | ) | (No. CR 04-11-JFW) |
| Plaintiff, | ) | |
| | ) | <u>ORDER DECLARING PARTIAL WAIVER</u> |
| v. | ) | <u>OF ATTORNEY-CLIENT PRIVILEGE</u> |
| | ) | <u>AND COMPELLING DISCLOSURE OF</u> |
| KENYA MARKISHA HUTSON, | ) | <u>CERTAIN ATTORNEY-CLIENT</u> |
| | ) | <u>COMMUNICATIONS</u> |
| Defendant. | ) | |

The Court, having considered the government's Motion For a Court Order Declaring Partial Waiver Of Attorney-Client Privilege and Compelling Disclosure of Certain Attorney-Client Communications, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

(1)  Defendant Kenya Markisha Hutson has waived his attorney-client privilege with respect to all communications between himself and his attorneys, Kiana Bonelle Sloan-Hillier, Theodie L. Peterson III, Robert M. Helfend, and Michael S. Evans, concerning the events and facts related to defendant's claims of

ineffective assistance of counsel in <u>United States v. Kenya Markisha Hutson</u>, No. CV 08-2335-JFW;

    (2) The above-named attorneys are ordered to disclose to the government and the Court all communications between themselves and defendant and themselves and each other concerning the events and facts related to defendant's claims of ineffective assistance regarding pretrial activity, including plea negotiations, trial preparation and trial in <u>United States v. Kenya Markisha Hutson</u>, No. CR 04-11-JFW;

    (3) Documents and information obtained from the above-referenced attorneys which contain attorney-client privileged information shall not be used by plaintiff United States of America against defendant Kenya Markisha Hutson in any manner during any future proceeding, including any possible retrial;

    (4) Plaintiff United States of America shall treat such documents and information as confidential and not disseminate or disclose their contents other than in the course of its litigation of the above-entitled proceeding pursuant to 28 U.S.C. § 2255.

DATED: April <u>18</u>, 2008

                                                HONORABLE JOHN F. WALTER
                                                UNITED STATES DISTRICT JUDGE