1
2
3
4
5

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Kenya Markisha Hutson, | ) | Case No. **CV 08-2335-JFW** |
| | ) | [CR 04-11-JFW] |
| Petitioner, | ) | |
| | ) | **ORDER GRANTING PETITIONER'S** |
| v. | ) | **MOTION FOR LEAVE TO FILE RULE** |
| | ) | **15(d) SUPPLEMENT IN** |
| United States of America, | ) | **CONJUNCTION WITH MOTION FOR** |
| | ) | **RECONSIDERATION** |
| Respondent. | ) | **[filed 11/12/08, Docket No. 38]** |
| | ) | |
| | ) | **ORDER DENYING PETITIONER'S** |
| | ) | **MOTION TO ALTER OR AMEND THE** |
| | ) | **JUDGMENT PURSUANT TO FEDERAL** |
| | ) | **RULE OF CIVIL PROCEDURE, RULE** |
| | ) | **59(e)** |
| | ) | **[filed 11/12/08, Docket No. 39]** |

   On April 8, 2008, Petitioner Kenya Markisha Hutson("Petitioner") filed a Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to Title 28, U.S.C., Section 2255 ("2255 Motion").  On October 21, 2008, the Court denied Petitioner's 2255 Motion, and entered Judgment against the Petitioner.  On November 12, 2008, Petitioner filed a Motion for Leave to File Rule 15(d) Supplement in Conjunction with Motion for Reconsideration and a Motion to Alter or Amend the Judgment Pursuant to Federal Rule of Civil Procedure, Rule 59(e).

1       Having reviewed the papers filed in connection with this
2  matter and being fully apprised of the relevant facts and
3  law,
4       IT IS HEREBY ORDERED that Petitioner's Motion for Leave
5  to File Rule 15(d) Supplement in Conjunction with Motion for
6  Reconsideration is GRANTED. Petitioner's Motion to Alter or
7  Amend the Judgment Pursuant to Federal Rule of Civil
8  Procedure, Rule 59(e) is DENIED.
9
10      IT IS SO ORDERED.
11
12 Dated: November 14, 2008            *(signature)*
                                        JOHN F. WALTER
13                                      UNITED STATES DISTRICT JUDGE

2